**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1893**

ELSA B. CABRERA,

       Plaintiff - Appellant,

    v.

DEPARTMENT OF THE NAVY,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, Senior District Judge. (4:12-cv-00206-H)

Submitted: October 22, 2013     Decided: October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elsa B. Cabrera, Appellant Pro Se. Joshua Bryan Royster, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elsa B. Cabrera appeals the district court's order granting Defendant's motion to dismiss and dismissing without prejudice her complaint for failure to effect service on Defendant within 120 days of filing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cabrera v. Dep't of the Navy</u>, No. 4:12-cv-00206-H (E.D.N.C. June 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>